143 P.3d 49

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 20, 2006**

| 27021 | Vanstory v. State | Affirmed |

**September 21, 2006**

| 27424 | State v. Dunbar | Affirmed |
| 27553 | Thomas v. Takabayashi | Affirmed |

**September 26, 2006**

| 26268 | Aitken v. State, Dept. of Educ. | Affirmed |
| 27461, 27462 | State v. Ancheta | Vacated and Remanded |

**September 27, 2006**

| 26769 | State v. Quel | Affirmed |

**September 28, 2006**

| 26893 | Beaudoin v. Beaudoin | Affirmed |

**September 29, 2006**

| 27630 | Adam v. State | Affirmed |
| 26432 | Gunderson v. Shaw | Affirmed |
| 27227 | Jess v. State | Affirmed |
| 27712 | State v. Leeks | Affirmed |

**October 3, 2006**

| 26290 | Hughes v. Hughes | Affirmed |